IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| CHANDRA TURNER, as Special Administrator of the Estate of RICHARD TURNER, deceased, and CHANDRA TURNER, individually, )<br><br>Plaintiff, )<br>v. )<br>)<br>CITY OF CHAMPAIGN, a municipal corporation, CHAMPAIGN POLICE OFFICER YOUNG, CHAMPAIGN POLICE OFFICER WILSON, CHAMPAIGN POLICE OFFICER TALBOTT, CHAMPAIGN POLICE SERGEANT FROST, )<br><br>Defendants. ) | No. 17 cv 02261 |

## AFFIDAVIT OF GARY M. VILKE, M.D., FACEP, FAAEM

STATE OF CALIFORNIA       )
                                              ) ss.
COUNTY OF SAN DIEGO   )

1. My education, training, and experience are summarized in the attached *Exhibit 1*, which contains a true and correct copy of my curriculum vitae after redaction of my personal contact information.

2. In this case, I applied my expertise to produce the attached *Exhibit 2,* which contains a true and correct copy of my report in this matter.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

*[Signature follows on next page.]*

1

                        *s/ GARY M. VILKE, M.D., FACEP, FAAEM*
                        GARY M. VILKE, M.D., FACEP, FAAEM

Subscribed and sworn to before me

on this 25th day of June, 2019.

      *s/ Joshua Gaines*
Notary Public

## CERTIFICATE OF SERVICE

I hereby certify that, on June 26, 2019, I caused the foregoing document (*AFFIDAVIT OF* GARY M. VILKE, M.D., FACEP, FAAEM, along with the above-referenced Exhibits 1 – 2), to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notice to Plaintiff's counsel of record.

                        *s/ Justin N. Brunner*
                        Justin N. Brunner (#6323496)
                        THOMAS, MAMER & HAUGHEY, LLP
                        30 Main St., Suite 500
                        P.O. Box 560
                        Champaign, IL  61824-0560
                        Phone: (217) 351-1500
                        Fax:    (217) 351-2169
                        justin@tmh-law.com