## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| CHANDRA TURNER, as Special Administrator of the Estate of RICHARD TURNER, deceased, and CHANDRA TURNER, individually, <br><br> Plaintiff, <br> v. <br><br> CITY OF CHAMPAIGN, a municipal corporation, CHAMPAIGN POLICE OFFICER YOUNG; CHAMPAIGN POLICE OFFICER WILSON; CHAMPAIGN POLICE OFFICER TALBOTT; CHAMPAIGN POLICE SERGEANT FROST <br><br> Defendants. | No. 17 CV 2261 |

## **AFFIDAVIT**

I, Christopher W. Carmichael, first being duly sworn under oath, state that I am one of the attorneys of record for the Plaintiff, and attached to this affidavit are authentic copies of certified transcripts of depositions and documents produced by the Defendants or the Champaign County Coroner:

1. Exhibit 1.  Andrew Wilson Deposition (with confidential information omitted) and Andrew Wilson Police Report.
2. Exhibit 2.  Michael Talbot Deposition (redacting confidential);
3. Exhibit 3.  Christopher Young Deposition (redacting confidential) and Christopher Young Police Report.
4. Exhibit 4.  Thomas Frost Deposition.
5. Exhibit 5.  Chet Epperson Deposition and Report.
6. Exhibit 6. Defendant Training Records (marked confidential/filed under seal).
7. Exhibit 7.  Shipping Bao, M.D. Deposition.
8. Exhibit 8.  Coroner Duane Northrup Deposition.
9. Exhibit 9. Sarah Katherine Ryle Cherian, M.D. Deposition (with redaction of address).
10. Exhibit 10.  Gary M. Vilke, M.D., Deposition.
11. Exhibit 11.  Defendant Police Reports of Turner Encounters (marked confidential/filed under seal).
12. Exhibit 12.  Champaign Crisis Intervention Training Policy

13. Exhibit 13.  Training Bulletin
14. Exhibit 14.  Coroner Certificate of Death Worksheet (marked confidential/filed under seal).
15. Exhibit 15.  Certified Toxicology Tests
16. Exhibit 16.  Autopsy Report.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 14, 2018.  \_s/Christopher W. Carmichael\_\_\_