Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| CHANDRA TURNER, as Special Administrator of the Estate of RICHARD TURNER, deceased, and CHANDRA TURNER, individually, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF CHAMPAIGN, a municipal corporation, CHAMPAIGN POLICE OFFICER YOUNG, CHAMPAIGN POLICE OFFICER WILSON, CHAMPAIGN POLICE OFFICER TALBOTT, CHAMPAIGN POLICE SERGEANT FROST, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case Number: 17-cv-2261 |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.    This action came before the Court for a trial by jury.    The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.    This action came before the Court, and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that plaintiff CHANDRA TURNER'S action against defendants City of Champaign, Champaign Police Officers Young, Wilson, and Talbott, and Champaign Police Sergeant Frost, is dismissed with parties to bear their own costs.

**Dated: November 15, 2019**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court