E-FILED
Monday, 16 December, 2019  02:30:52 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CHANDRA TURNER, as Special Administrator of the Estate of RICHARD TURNER, deceased, and CHANDRA TURNER, individually, | ) ) ) ) ) | |
| Plaintiff, | ) | |
| v. | ) | No. 17 CV 2261 |
| | ) | |
| CITY OF CHAMPAIGN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF APPEAL

Notice is hereby given that the Plaintiffs, Chandra Turner, as Special Administrator of the Estate of Richard Turner, and Chandra Turner, individually, hereby appeal, to the United States Court of Appeals for the Seventh Circuit, the judgment and memorandum opinion and order dismissing Plaintiffs' case and complaint with prejudice on the 15th day of November, 2019.

Respectfully submitted,

**PLAINTIFF CHANDRA TURNER, as Special Administrator of the Estate of RICHARD TURNER, deceased, and CHANDRA TURNER, individually,**

By: /s/Victor P. Henderson
One of her Attorneys

Victor P. Henderson
Christopher W. Carmichael
Devlin J. Schoop
**HENDERSON PARKS, LLC**
140 South Dearborn Street, Suite 1020
Chicago, Illinois 60603
Telephone: (312) 262-2900
vphenderson@henderson-parks.com
ccarmichael@henderson-parks.com
dschoop@henderson-parks.com

### CERTIFICATE OF SERVICE

The undersigned certifies that on **December 16, 2019**, the foregoing **Notice of Appeal** was electronically filed with the Clerk of the United States District Court for the Central District of Illinois by filing through the CM/ECF system, which served a copy of the foregoing upon all counsel of record.

By:/s/Victor P. Henderson