E-FILED
Tuesday, 17 December, 2019  11:27:24 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

December 16, 2019

**To:**   Shig Yasunaga
Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

---

Appellate Case No: 19-3446

Caption:
CHANDRA TURNER, Special Administrator of the Estate of
RICHARD TURNER, deceased,
and CHANDRA TURNER, individually,
Plaintiff - Appellant

v.
CITY OF CHAMPAIGN, et al.,
 Defendants - Appellees

District Court No: 2:17-cv-02261-EIL
Clerk/Agency Rep Shig Yasunaga
Magistrate Judge Eric I. Long
Date NOA filed in District Court: 12/16/2019

---

If you have any questions regarding this appeal, please call this office.