# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

March 31, 2020

Before

DANIEL A. MANION, *Circuit Judge*

| No. 19-3446 | CHANDRA TURNER, Special Administrator of the Estate of RICHARD TURNER, deceased, and CHANDRA TURNER, individually, Plaintiff - Appellant<br><br>v.<br><br>CITY OF CHAMPAIGN, et al., Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 2:17-cv-02261-EIL<br>Central District of Illinois<br>Magistrate Judge Eric I. Long ||

Upon consideration of **APPELLANT'S MOTION TO INCLUDE COMPOSITE VIDEO AS PART OF HER APPENDIX TO HER OPENING BRIEF**, filed on March 26, 2020, by counsel,

**IT IS ORDERED** that the motion is **GRANTED**. Counsel for the appellant is granted leave to attach a USB drive containing the video referenced in the motion to each paper copy of her appendix.

form name: **c7_Order_3J**(form ID: **177**)