

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

#### OFFICE OF THE CLERK

TEL: 217.492.4020
FAX: 217.492.4028

August 20, 2020

U.S. Court of Appeals
Attn: Frank
Rm. 2722
219 S. Dearborn St.
Chicago, IL  60604

        RE: Turner v City of Champaign et al
           USCA #19-3446
           ILCD #2:17-cv-2261

Dear Frank:

Pursuant to our telephone conversation today's date, enclosed please find a flash drive which is Exhibit 3 to the affidavit of G. David Frye (#44) from above-referenced case.

Please let me know if I can assist further.   Thank you.

        Sincerely,

        s/ Keri Marsh
        Urbana Office Division Manager


Enclosure